IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 95-cr-00010-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKE KING,

    Defendant.

---

**ORDER**
---

This matter comes before the Court on defendant's Unopposed 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence, Joint Position Statement Regarding Eligibility and Relief, and Request for Immediate Consideration on November 1, 2011 [Docket No. 237]. Upon review of such motion, it is

ORDERED that the Probation Department shall prepare and file an addendum to the defendant's presentence investigation report on or before October 24, 2011 which includes new guideline calculations; a review of factors pursuant to 18 U.S.C. § 3553(a), as consistent with 18 U.S.C. § 3582(c), including public safety factors and post-sentencing conduct; and a sentencing recommendation.

DATED October 13, 2011.

BY THE COURT:

   s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge