# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 95-cr-00010-PAB-01 |
| MIKE KING ) | USM No: 25803-013 |
| Date of Previous Judgment: May 29, 2008 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　☐ DENIED.　**X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235__ months **is reduced to** __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
Should the defendant not have a stable residence upon his release from custody, the defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 120 days as directed by his probation officer, and shall observe the rules of that facility.

Except as provided above, all provisions of the judgment dated __January 23, 1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10-24-2011__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: November 1, 2011　　　　　　　　　Philip A. Brimmer, U.S. District Judge
*(if different from order date)*　　　　　　　　　　　　*Printed name and title*